ALCOCK & ASSOCIATES, P.C.
Joseph D. Tobler (AZ Bar No. 035228)
2 N. Central Ave., 26th Floor
Phoenix, Arizona 85004
Telephone: (602) 404-6000
jtobler@alcocklaw.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States Of America, | Case No: 4:21-CR-00464-RM |
| Plaintiff, | **Defendant's Sentencing Memorandum** |
| v. | |
| Alexander Murillo-Banuelos, | |
| Defendant. | |

Defendant Alexander Murillo-Banuelos, by and through undersigned counsel, hereby submits his Sentencing Memorandum in anticipation of the Sentencing hearing set for June 1, 2022 at 10:15a.m.

### I.   Facts of the Case

Mr. Murillo was charged with participating in a conspiracy to transport illegal aliens for profit. He was aiding in one leg of the transportation of the illegal aliens in the United States. He was not a manager or supervisor, the plea states that he was an average participant.

Mr. Martinez pled guilty to Conspiracy to Transport Illegal Aliens for Profit on March 21, 2022. Sentencing is set for June 1, 2022.

1

## II. Sentencing Guidelines

### A. Initial Offense Level

The Defendant's Offense Level begins at 12, given the nature of the offense. Mr. Murillo's criminal history yielded 0 points, placing him in Criminal History Category I.

### B. Guideline Adjustment(s)

There is a **three level enhancement** pursuant to USSG 2L1.1(b)(1)(A) because at least 6 but no more than 24 illegal aliens were transported. There is a **three level enhancement pursuant to** USSG 2L1.1(b)(5)(C). There is a **two level enhancement** pursuant to USSG 2L1.1(b)(6). There is a **two level reduction** pursuant to USSG 3E1.1(a) and a **one level reduction** pursuant to USSG 3E1.1(b).

### C. Stipulations

Pursuant to stipulation of the Parties, the Defendant's sentence shall not exceed the high end of the sentencing range as calculated under USSG 1B1.1(a). Moreover, the Defendant may not move for a departure. He is an average participant in the incident as per the agreement.

### E. Final Guideline Offense Level

Given the above, Defense has calculated an offense level of 17 in Criminal History Category 1. The guideline range is 24 to 30 months. The plea calls for a range of 21-27 months. Upon stipulation of the parties, if the Court accepts this calculation, Mr. Murillo's sentencing range is 0 to 27 months. If the Court accepts Probation's calculation, Mr. Martinez's sentencing range is 0 to 30 months.

## III. Mitigating Factors

### A. Acceptance of Responsibility

The Defendant's acceptance of a plea offer demonstrates his acceptance of responsibility.

### B. Non-Violent Offense

The present offense is non-violent in nature. No one was harmed as a result of the conspiracy. It should also be noted that the illegal aliens were willing participants in the conspiracy. Mr. Murillo is remorseful that they were put in danger.

### C. Defendant's Family Support

Mr. Murillo enjoys tremendous family support. His Father, Mother, other family, and friends remain supportive despite his current legal troubles.

### D. Service to his Country

Mr. Murillo has been in the U.S. Army Reserve since 2019. He is a private second class. He has orders for a deployment this summer. However, he understands this case may terminate his service for the U.S.A. He regrets this result of his actions as he took real pride in serving his country.

### E. Criminal History

Mr. Murillo has no criminal history.

### E. Work History

Mr. Murillo has held several jobs over the years, and keeps himself actively working and productive as a member of society. He has been a salesman, worked at Amazon, and worked as a janitor among other jobs.

### F. Minor Role

Mr. Murillo's role in this crime was minor. He was not a director or organizer. He was a courier of persons. He is not asking for a role adjustment departure, but informs the court of this mitigation to consider as part of a request for variance.

G. <u>Youth</u>

Mr. Murillo is a young man with a life ahead of him. He would greatly benefit from mercy at this time in his life.

**Request for Variance**

Pursuant to the stipulations in the plea agreement, Defense may ask for a variance to a sentence below the sentencing range. Given the mitigation outlined above, undersigned counsel requests that this Honorable Court sentence Mr. Murillo to supervised probation. This is Mr. Murillo's first criminal case. He has no prior felony convictions. As such, the requested variance from the calculated guideline range is not excessive. Defense submits that a prison term would serve neither justice nor Mr. Murillo.

**V.  Conclusion**

Defendant comes before this Court begging for leniency. Mr. Murillo is grateful to the United States Government for offering this plea, as it affords him an opportunity to request a variance from the guidelines. The Defendant is remorseful for his actions. Mr. Murillo requests that this Honorable Court consider the above when handing down sentence.

RESPECTFULLY SUBMITTED this 10th day of May, 2022.

|   |   |
|---|---|
| 1 | By */s/ Joseph D. Tobler*<br>Joseph D. Tobler |
| 2 | 2 North Central Avenue, 26th Floor<br>Phoenix, Arizona 85004 |
| 3 | Attorney for Defendant |

Certificate of Service:

I hereby certify that on May 10, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Assistant U. S. Attorney, *U.S. Attorney's Office*